UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NOEL D.E. DANDY,
    Plaintiff,

v.                                         C.A. No. 10-289 S

PAUL LATROVERSE, SR.,
    Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on July 26, 2010 in the above-captioned matters is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, the Court hereby adopts the Report & Recommendation in full and DENIES the Motion for Leave to Proceed In Forma Pauperis and DISMISSES the matter pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) because it fails to state a claim upon which relief may be granted.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge
Date: 8/17/10